[No. 6071–1.  Division One.  December 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ISAM TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80812, Frank J. Eberharter, J., entered Sep-

tember 7, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Dore, J.